NO. 13-15-00110-CR

RECEIVED

SEP 16 2015

13th COURT OF APPEALS

## IN THE
## Court of Criminal Appeals
### Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 22 2015

Abel Acosta, Clerk

James Cortney Dean

v.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

From Appeal No. 13-15-00110-CR

Trial Cause No. 14-03-27814-A

Victoria County

## First Motion for Extension of Time To file Petition For Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, James Cortney Dean, Petitioner, and files this Motion for an Extension of sixty days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Courts the following:

1.

The Petitioner was convicted in the 24th District Court of Victoria County, Texas of the offense of Manufacture or Delivery of Controlled Substance in Penalty group 1. in Cause no. 14-03-27814-A, styled State of Texas vs. James Cortney Dean. The Petitioner appealed to the Courts of Appeals, 24th District Court. The Case was affirmed on September 3, 2015.

## II

The present deadline for filing the Petition for Discretionary Review is October 22, 2015. The Petitioner has not requested any extension prior to this request.

## III

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of appeals in affirming his case until September 10th 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, W. A. Bill White, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, I James Cortney Dean prays this Court grants this Motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 14-03-27814-A to December 23, 2015

James Cortney Dean
Texas Department of Criminal Justice
Willacy Unit
TDCJ # 1993511
Raymondville, TX 78580

### Certificate of Service

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, Postage prepaid, first class, to the Attorney for state Texas, at Victoria, TX Stephen B. Tyler criminal District attorney, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, TX 78711 on this the 11th day of September 2015, James Cortney Dean.